RECEIVED
SDNY PRO SE OFFICE
2021 FEB -8  AM 11: 30

UNITED STATES DISTRICT COURT SOUTHERN

DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDON NELSON,<br><br>[ADDING]<br>APRIL MILLER, (BY MOTION TO INTERVENE AS PLAINTIFF)<br><br>Plaintiff,<br><br>vs.<br>ROBINHOOD FINANCIAL LLC;<br>ROBINHOOD SECURITIES LLC;<br>ROBINHOOD MARKETS INC.,<br><br><br><br>Defendant | Case No.: 21-CV-777<br><br><br>MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF |

## MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF

AND NOW COMES, April Miller pro-se, with a *MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF* pursuant to Rule 24 of the Federal Rules of Civil Procedure in the Case No.: 21-cv-777

CI-  Plaintiff inserts the follow interests in this claim and a Brief in Support of this motion is attached:

1. The Proposed Intervenor is entitled to intervene in this lawsuit by right.

2. The Proposed Intervenor has a legal standing for intervention.

3. The Proposed Intervenor application for invention is timely.

4. The Proposed Intervenor interest is not adequately represented by existing parties.

5. The Proposed Intervenor is an individual investor in the stock market.

6. The Proposed Intervenor has a financial stake in the outcome of this case.

7. The Proposed Intervenor suffered a financial loss in violation of SEC rules as stated in original claim.

8. The complaint in question has not yet gone to trial.

MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF - 1

Exhibit A

**Error Submitting Trade**

Invalid Session

Case 1:21-cv-00777-JMF   Document 8   Filed 02/05/21   Page 2 of 6

Exhibit A

AMC

**Error Submitting Trade**

Security Not Found



**GME**

# GameStop
## $241.00

▼ $106.51 (30.65%) Today

Exhibit B

1D  1W  1M  3M  1Y  5Y

## Position

Shares
0.126387...

Market Value
$30.43...

Today's Volume
50,441,714

**Sell**

⚠ You can close out your position in this stock, but you cannot purchase additional shares.

cc: records

*Exhibit B* (handwritten)

2:22

# GME



| 1D | 1W | 1M | 3M | 1Y | 5Y |

## Position

**Shares**  
0.126207

**Market Value**  
$29.88

**Average Cost**  
$332.79

**Portfolio Diversity**  
73.27%

**Today's Return**  
-$13.98 (-31.87%)

**Total Return**  
-$12.12 (-28.85%)

## Statistics

**Today's Volume**  
50,420,506

**Sell**

⚠ You can close out your position in this stock, but you cannot purchase additional shares.

*cc: records* (handwritten)



April Miller
1255 S 21st street apt 1
Lincoln NE 68502

United States District Court for the
Southern District of New York
500 Pearl St
New York, NY 10007

Pro Se

RECEIVED
'21 FEB -5 PM 2:04
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2021 FEB -5
US DISTRICT
SDNY

CERTIFIED MAIL
7020 2450 0002 0524 7024

U.S. POSTAGE
$4.15
FCML
Orig: 68510
01/29/21
2000051438