## IN THE UNITED STATES DISTRICT COURT
## OR THE SOUTHERN DISTRICT OF NEW YORK

BRANDON NELSON, individually,
and on behalf of all others similarly situated,

                      Plaintiffs,

-against-

ROBINHOOD FINANCIAL LLC,
ROBINHOOD SECURITIES, LLC,
ROBINHOOD MARKETS, INC.,

                      Defendants.

Civil Action. No.:

1:21-cv-00777-JMF

### NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS

PLEASE TAKE NOTICE, that Caroline H. Miller, Esq. of the Derek Smith Law Group, PLLC, hereby enters her appearance as attorney of record for Plaintiffs and files the herein Designation of Primary and Secondary Email Address. Plaintiffs' counsel designates the following email address for electronic service of all pleadings and/or correspondence in the above-styled cause as follows:

        Primary Email Address: **caroline@dereksmithlaw.com**
        Secondary Email Address: **cassie@dereksmithlaw.com**

Dated: February 15, 2021
      Miami, Florida

                                      **DEREK SMITH LAW GROUP, PLLC**

                                      Caroline H. Miller, Esq.
                                      701 Brickell Ave, Suite 1310
                                      Miami, FL 33131
                                      Tel: (305) 946-1884
                                      Fax: (305) 503-6741
                                      Email: Caroline@dereksmithlaw.com