UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BRENDON NELSON, individually,
BENEDICT WONG, individually,   Civil Docket No.:1:21-cv-777 (JMF)
ALAA KHOURY, individually,
NICHOLAS BOGAN, individually,
STEFFON DUNLOP, individually,   **NOTICE OF APPEARANCE**
and on behalf of all others
similarly situated,

            Plaintiffs,

    - against -

ROBINHOOD FINANCIAL LLC,
ROBINHOOD SECURITIES, LLC,
ROBINHOOD MARKETS, INC.,

           Defendants,
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that Seamus Barrett, an attorney with the **DEREK SMITH LAW GROUP, PLLC**, One Pennsylvania Plaza, Suite 4905, New York, New York 10119, hereby enters his appearance as attorney for Plaintiffs in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: February 25, 2021
New York, New York

    By: _____
    DEREK SMITH LAW GROUP, PLLC
    Seamus P. Barrett, Esq.
    One Penn Plaza, Suite 4905
    New York, New York 10119
    (212) 587-0760
    seamus@dereksmithlaw.com

**CC:**   **TO ALL PARTIES via ECF**